IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:05CR3102 |
| V. | ) | |
| PARRISH JASON CASEBIER, | ) | ORDER |
| Defendant. | ) | |

Upon the request of the probation officer,

IT IS ORDERED that:

(1) The United States Marshal for the District of Nebraska, or one of his deputies, shall obtain the presence of the defendant and notify my judicial assistant, Kris Leininger, when the defendant may be presented to me for proceedings relating to the petition for an offender under supervision appearing as filing no. 108. ( I understand that the defendant is currently in custody in the Southern District of Iowa.)

(2) The undersigned will handle the initial appearance and all subsequent proceedings.

(3) The Federal Public Defender for the District of Nebraska, or his designee, is appointed to represent the defendant.

(4) The Clerk shall provide a copy of this order to the United States Marshal and the Federal Public Defender for the District of Nebraska.

DATED this 23rd day of February, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge